No. 282, Misc. PATTERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *John D. Cofer* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 447, Misc. SKLADD *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 454, Misc. COGDELL *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied.

No. 458, Misc. JOHNSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 459, Misc. WELLS *v.* DUSTMANN. Supreme Court of Illinois. Certiorari denied.

No. 462, Misc. OKULCZYK *v.* ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 468, Misc. TAYLOR *v.* SMITH, SECRETARY OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 478, Misc. LARSON *v.* CRANOR, WARDEN. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. Smith Troy,* Attorney General of Washington, for respondent.

No. 443. UNITED STATES *v.* SPECTOR, *ante,* p. 169. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.